**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| A.S., as parent and next friend of F.S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION FOR DES PLAINES SCHOOL DISTRICT 62, DR. PAUL HERTEL, and ANIA FIGUEROA,<br><br>Defendants. | Case No.: 1:22-cv-4745<br><br>Judge Lashonda A. Hunt<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

The Parties submit the following Joint Status Report in accordance with the Court's

Order of January 7, 2026 (Doc. 94):

**Status on Expert Discovery**

Defendants' expert conducted interviews with F.S.'s parents and grandparent on February 16, 2026. F.S.'s in-person assessment with Defendants' expert was completed on February 24, 2026. Defendants also requested availability for F.S.'s aunt and uncle, with whom F.S. currently resides, for an interview with Defendants' expert; Defendants provided the expert's availability on February 26, 2026 and February 28, 2026 and are currently awaiting a response. Defendants' expert has also requested that F.S. and his parents complete a questionnaire as part of the evaluation, which has not yet been completed. Defendants anticipate receiving the expert's report by March 9, 2026.

Dated: March 2, 2026

For Plaintiffs:

/s/ *Steve Glink*

Steven Glink steve@educationrights.com
Law Offices of Steven Glink
P.O. Box 1053
Northbrook, Illinois 60062
(847) 480-7749

For Defendants:

/s/ *Emily M. Tulloch*

Nicki Bazer nbb@franczek.com
Dana Fattore Crumley dfc@franczek.com
Emily M. Tulloch et@franczek.com
Franczek P.C.
300 S. Wacker Drive, Ste. 3400
Chicago, Illinois 60606
(312) 986-0300