**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| A.S., as parent and next friend of F.S., a minor, | ) ) | |
| | ) | Case No. 22 C 4745 |
| Plaintiff, | ) ) | |
| | ) | District Judge LaShonda A. Hunt |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| BOARD OF EDUCATION FOR DES PLAINES SCH. DIST. #62, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

In this matter before the magistrate judge on referral including settlement (D.E. 33), the district judge has referred to the magistrate judge (D.E. 113) the parties' Joint Motion for Approval of Settlement Agreement ("Approval Motion"; D.E. 112) for ruling. The Approval Motion seeks approval of the settlement agreement in this matter under Local Rule 17.1, in that the action was brought on behalf of F.S., a minor, and court approval of the final settlement is required by that rule. In this Report and Recommendation, the magistrate judge recommends approval of the settlement by the district court's grant of the Approval Motion.

The Court has reviewed the settlement agreement. In addition, the Court conducted an extended mediation in this matter on March 16, 2026 (D.E. 103), and became deeply familiar with the terms of the settlement, including the financial term and the parties' intentions to safeguard the interests of F.S. Moreover, the Court observed that this was an arms-length negotiation at which F.S. and F.S.'s next friend parent, A.S., were present and were ably represented by counsel. The terms of the settlement agreement stem directly from the negotiations that occurred on March 16 and that continued for several weeks under the ongoing supervision of the magistrate judge.

1

The settlement agreement, which was not disclosed publicly in the motion and is not being publicly disclosed here because it concerns the minor F.S., adequately sets forth procedures to protect the interests of F.S. in connection with the consummation of the settlement. The Court is satisfied that the agreement, including (1) the creation of a minor guardianship estate, administered through a probate court with proper jurisdiction, and (2) the agreement's contingency of probate court approval of the agreement and its division of payments, are sufficient to protect the minor's interests and to render approval of the settlement appropriate and proper under Local Rule 17.1.

For the foregoing reasons, the Court recommends that the district judge approve the settlement under Local Rule 17.1 by granting the Approval Motion. Rule 72 allows 14 days for either party to object to this Report and Recommendation, but here the parties agreed to the relief sought in the Approval Motion by filing it jointly.

**SO ORDERED.**

**ENTER:**

**Gabriel A. Fuentes**
**U.S. Magistrate Judge**

**DATED: June 23, 2026**

2